

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 07-270** |
| v. | * | **SECTION: "R"** |
| **OLIVER M. THOMAS, JR.** | * | |

\* \* \*

### GOVERNMENT'S SENTENCING MEMORANDUM

NOW INTO COURT comes the United States of America, through the undersigned Assistant United States Attorney, who represents the following in connection with the sentencing set for November 21, 2007.

On August 13, 2007, Oliver M. Thomas, Jr. ("Thomas") pled guilty to a one count Bill of Information for receiving a bribe as a public official in violation of Title 18, United States Code, Section 666(a)(1)(B). Thomas submitted his guilty plea pursuant to a plea agreement. Acceptance of the plea agreement was deferred by this Honorable Court until the Presentence Report was reviewed. A portion of that plea agreement stated that defendant Thomas would cooperate fully and truthfully with law enforcement and that any cooperation rendered by him would be made known to this Court.

During early September, accompanied by counsel, defendant Thomas agreed to meet with agents of the Federal Bureau of Investigation as well as Assistant United States Attorneys in order to be debriefed in accordance with his plea agreement. That meeting covered several areas of interest to the United States of which Mr. Thomas was believed to have knowledge.

Approximately one week later, Thomas again accompanied by counsel, met with agents and Assistant United States Attorneys. During this second debriefing, defendant Thomas indicated he did not wish to be a "rat" and that very close family members did not want him to be a "rat" and therefore he would not relate any knowledge about other criminal activity to us. It became abundantly clear that defendant Thomas had relevant information, was adamantly refusing to provide it, and understood this was in violation of his agreement to do so. During that meeting, Thomas used some very disturbing language to express his steadfastness in not being truthful about criminal activity that he knew about.

On at least three occasions after the latter meeting with Thomas, attempts were made by the United States Attorney's Office to schedule another debriefing with defendant Thomas to no avail. His attorney represented that Mr. Thomas does not wish to meet with authorities again. Counsel was informed that the Government would have to alert the Court to the lack of cooperation and request a higher sentence be imposed. Counsel indicated he understood the Government's position and that he would let us know if anything changed with his client's willingness to be debriefed. (See attached letter)

The PreSentence Report recommends an advisory guideline range of 30-37 months. The statutory maximum penalty for receiving a bribe as a public official is up to ten (10) years

imprisonment. The Government does not object to the calculations nor to the three point reduction for acceptance of responsibility. Thomas has readily admitted he accepted bribes in connection with his official duties as a New Orleans City Councilman as the Bill of Information charged. Thomas admitted that he has information about other illegal activity and refused to submit said information to the Government. Accordingly, the Government respectfully requests that this Court consider imposing a lengthier term of imprisonment than the advisory recommended guidelines.

Respectfully Submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_/s/ Jan Maselli Mann_ BMK
JAN MASELLI MANN (9020)
First Assistant United States Attorney
jan.mann@usdoj.gov

_/s/_
BRIAN M. KLEBBA
Assistant United States Attorney

_/s/_
JON M. MAESTRI (24838)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone No.: (504) 680-3000

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007, a copy of the foregoing was served upon Clarence Roby, Jr., attorney for defendant Oliver M. Thomas, Jr. by U.S. Mail, postage prepaid.

*Jan Maselli Mann* BMK
JAN MASELLI MANN
jan.mann@usdoj.gov